**ALEXANDER KRAKOW + GLICK LLP**
J. Bernard Alexander, III (State Bar No. 128307)
Britt L. Karp (State Bar No. 278623)
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: (310) 394-0888 | F: (310) 394-0811
E: balexander@akgllp.com | bkarp@akgllp.com

Attorneys for Plaintiff
MICHAEL ASFALL

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ASFALL, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> LOS ANGELES UNIFIED SCHOOL DISTRICT, a California public entity, JAN MURATA, an individual, and BRIAN GROVEN, an individual, and Does 1-10, inclusive, <br><br> Defendants. | CASE NO.: 2:18-cv-00505-CBM (RAOx) <br><br> Assigned to Hon. Consuelo B. Marshall <br> Courtroom: 8B <br><br> **FINAL JUDGMENT**  [JS-6] |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE THAT on September 17, 2019, this action came on regularly for jury trial before the Honorable Consuelo B. Marshall, United States District Judge presiding. Plaintiff MICHAEL ASFALL appeared through his

FINAL JUDGMENT

attorneys of record, J. Bernard Alexander, III and Britt Karp of Alexander Krakow + Glick LLP.  Defendant LOS ANGELES UNIFIED SCHOOL DISTRICT ("LAUSD"), appeared through its attorneys of record, Venessa Martinez and Narmin Shahin, District Office of General Counsel for the Los Angeles Unified School District.

A jury of eight persons was impaneled and sworn.  Witnesses were sworn and testified.  After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury with directions to return a verdict on the special verdict questions.  The jury deliberated and thereafter, on September 25, 2019, returned into Court with a unanimous special verdict and answers thereto, which special verdict form is attached hereto as Exhibit "1" and incorporated by reference herein.  Thereafter, the special verdict was filed with the clerk of the court and entered upon the minutes.  It appearing by reason of the unanimous jury verdict that Plaintiff is entitled to judgment as follows:

That Plaintiff MICHAEL ASFALL is awarded past noneconomic damages in the amount of $100,000.00 against Defendant LOS ANGELES UNIFIED SCHOOL DISTRICT;

That Plaintiff MICHAEL ASFALL and his counsel of record shall recover attorney fees against Defendant LAUSD in the amount of $523,063.20, as ordered by the Court;

That Plaintiff MICHAEL ASFALL and his counsel of record shall recover

costs and/or disbursements, as taxed, against Defendant LAUSD, in the amount of $ 7,559.84.

It is further ORDERED and ADJUDGED that the judgment here rendered shall bear interest at the floating rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, from the date of signing of the judgment, for the calendar week preceding, until paid, pursuant to 28 U.S.C.A. § 1961.

IT IS SO ORDERED,

Dated: AUGUST 17, 2022

Honorable Consuelo B. Marshall
United States District Judge

CC:FISCAL

**EXHIBIT 1**

```
FILED
CLERK, U.S. DISTRICT COURT
SEP 2 5 2019
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY
```

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ASFALL<br><br>      Plaintiff,<br>vs.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT<br>      Defendants. | **COURT'S VERDICT FORM**<br><br>***REDACTED AS TO FOREPERSON SIGNATURE*** |

WE THE JURY, unanimously, find as follows:

## CLAIM 1: Title IX Retaliation

1. Did Plaintiff MICHAEL ASFALL engage in protected conduct by making a Title IX complaint?

    ✓ Yes _____ No

*If your answer to Question No. 1 is "Yes", answer the next question. If your answer to Question No. 1 is "No", skip to Question No. 4.*

2. Was Plaintiff MICHAEL ASFALL subjected to one or more adverse employment actions because of his Title IX complaints?

    ✓ Yes _____ No

*If your answer to Question No. 2 is "Yes", answer the next question. If your answer to Question No. 2 is "No", skip to Question No. 4.*

/ / /

/ / /

/ / /

/ / /

3. Did the LAUSD prove that it would have made the same decision regardless of Plaintiff's Title IX complaints?

_____ Yes   ✓ No

*Answer the next question.*

### CLAIM 2: Violation of Cal. Labor Code § 1102.5

4. Did Plaintiff MICHAEL ASFALL have a reasonable belief that his complaint disclosed a violation of Title IX?

_____ Yes   ✓ No

*If your answer to Question No. 4 is "Yes", answer the next question. If your answer to Question No. 4 is "No", and you answered "no" to Question No. 3, then proceed to Question No. 7. If your answer to Question No. 4 is "No", and you answered "No" to Question No. 1, or "No" to Question No. 2, or "Yes" to Question No. 3, then sign and date the form.*

///

///

///

5. Was Plaintiff MICHAEL ASFALL's Title IX complaint a contributing factor in his termination?

\_\_\_\_\_ Yes   \_\_\_\_\_ No

*If your answer to Question No. 5 is "Yes", answer the next question. If your answer to Question No. 5 is "No", and you answered "no" to Question No. 3, then proceed to Question No. 7. If your answer to Question No. 5 is "No", and you answered "No" to Question No. 1, or "No" to Question No. 2, or "Yes" to Question No. 3, then sign and date the form.*

6. Did LAUSD prove, by clear and convincing evidence, that it would have terminated Plaintiff anyway, at that time, for a legitimate non-discriminatory reason?

\_\_\_\_\_ Yes   \_\_\_\_\_ No

*If your answer to Question No. 6 is "no" or your answer to Question No. 3 is "no", then proceed to Question No. 7. If you answered "yes," and you answered "No" to Question No. 1, or "No" to Question No. 2, or "Yes" to Question No. 3, then sign and date the form.*

Exhibit "1"  4
8

## DAMAGES

7. What are MICHAEL ASFALL's past noneconomic damages?

$ 100,000.00

one hundred thousand dollars and 00/100 ——

*Please date and sign below, and return this verdict form to the Court.*

DATED: 9/25/19               /S/

                             FOREPERSON

## CERTIFICATE OF SERVICE

    I, J. Bernard Alexander, III, an employee in the City of Los Angeles, certify that on February 24, 2020, caused a true and correct copies of the foregoing be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who has registered for receipt of documents filed in this matter:

**PLAINTIFF'S NOTICE OF LODGING PROPOSED FINAL JUDGMENT;**

**PROPOSED FINAL JUDGMENT**

| *Counsel for Defendants*: | |
|---|---|
| Venessa F. Martinez<br>Assistant General Counsel II<br>LAUSD, Office of General Counsel<br>333 South Beaudry Avenue, 20th Floor<br>Los Angeles, California 90017<br>Phone: (213) 241-7600<br>Fax: (213) 241-3308<br>E-Mail: venessa.martinez@lausd.net | |

Dated: February 24, 2020        ALEXANDER KRAKOW + GLICK LLP

                              By:    s/ J. Bernard Alexander, III
                                       J. BERNARD ALEXANDER, III
                                       BRITT L. KARP
                                       1900 Avenue of the Stars, Suite 900
                                       Los Angeles, California 90067
                                       Attorneys for Plaintiff,
                                       MICHAEL ASFALL